In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00188-CV**
_____


**IN THE MATTER OF C.D.**


_____

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 10-02-01368 JV**
_____

**ORDER**

The clerk's record in the above styled and numbered cause was filed May 12, 2014. The reporter's record was due on May 12, 2014, but has not been filed. The court reporter notified our Court on May 20, 2014, that no payment arrangements had been made for preparation of the reporter's record. A notice was sent to appellant's retained counsel, Jarrod Walker, that a response was due by June 19, 2014. No response was filed and appellant's retained counsel was notified on August 4, 2014, that the case was being submitted on the clerk's record alone and the brief was due on or before September 3, 2014. On September 5, 2014, the appellant's retained attorney was notified that neither

1

the brief of the appellant nor a motion for extension of time to file the brief had been filed. Although a response from appellant's retained counsel was due to be filed by September 15, 2014, we have received no response.

We abate the appeal and remand the case to the trial court to conduct a hearing attended by a representative of the State, counsel for the appellant, and the appellant. *See* Tex. R. App. P. 38.8(a)(1). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether retained counsel has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether appellant is indigent and whether counsel should be appointed for the appeal.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before October 27, 2014.

ORDER ENTERED September 25, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.

2